UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number: 3:06cv-00726-CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Thomas Durica, et al<br>           Plaintiffs,<br>vs.<br>Pfizer, Inc., et al.<br>           Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the following Plaintiffs **THOMAS DURICA, VITO GERARDI, ALFRED WAIKSNORIS, SANDRA WAIKSNORIS, AS ADMINISTRATRIX OF THE ESTATE OF ALFRED WAIKSNORIS AND SANDRA WAIKSNORIS INDIVIDUALLY, CAROLINE LUCIANO, PETER MOCKLER, CELIA MOCKLER, RICHARD RENSTROM, WILLIAM SMITH, WINSTON JOHNSON, VIRGINIA MURPHY AND SALVATORE RANDAZZO**, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a) and hereby stipulate to the dismissal of this action ONLY to the above mentioned plaintiffs with prejudice with each side bearing its own attorneys' fees and costs.

DATED: May 6, 2009       By:_____

MICHAEL A. STRATTON, ESQ.
STRATTON FAXON
59 Elm Street
New Haven, CT 06510
Telephone: (203) 624-9500
Facsimile: (203) 624-9100
Attorneys for Plaintiffs

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: May 14, 2009     By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: May 19, 2009     _____
Hon. Charles R. Breyer
United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE